UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.  Case Nos.: 5:19cr8/MCR/HTC
  5:20cv276/MCR/HTC

JOSHUA JACKS
_____/

# O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 27, 2020. ECF No. 42. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have conducted a *de novo* review of any timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation, ECF No. 42, is adopted and incorporated by reference in this Order.

2. Defendant's *pro se* Motion to Vacate Judgment Under 28 U.S.C. § 2255, ECF No. 41, is **DENIED.**

3.   A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 19th day of January 2021.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case Nos.: 5:19cr8/MCR/HTC; 5:20cv276/MCR/HTC